UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-62195-WPD

HOWARD COHAN,

    Plaintiff,

vs.

LA GRANJA SEAFOOD, INC.
a Florida Profit Corporation, and
LA GRANJA PEMBROKE PINES LLC,
a Florida Limited Liability Company,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN, by and through the undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED December 21, 2023.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: mcniff@sconzolawoffice.com
Attorney for Plaintiff

2

**<u>CERTIFICATE OF SERVICE</u>**

  I HEREBY CERTIFY that on December 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's representative, Erick Burneo, via email: erick.burneo@lagranjarestaurants.com.

                **<u>  /s/ Gregory S. Sconzo            </u>**
                **Gregory S. Sconzo, Esq.**